## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

SHIVA STEIN,       :

      :

      Plaintiff,       :    Civ. No.      1:20-cv-04339-RRM-SJB

      :

v.       :

      :

DIME COMMUNITY BANCSHARES, INC.,    :

VINCENT F. PALAGIANO, MICHAEL P.    :

DEVINE, KENNETH J. MAHON,    :

ROSEMARIE CHEN, STEVEN D. COHN,    :

PATRICK E. CURTIN, KATHLEEN M.    :

NELSON, JOSEPH J. PERRY, KEVIN STEIN,    :

BARBARA G. KOSTER,    :

      :

      Defendants.       :

-----------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: November 17, 2020          Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

/s *Gloria Kui Melwani*

Gloria Kui Melwani (GM5661)

270 Madison Avenue

New York, New York 10016

Tel: (212) 545-4600

Fax: (212) 686-0114

Email: melwani@whafh.com

*Attorneys for Plaintiff*

SO ORDERED

Dated: 6/16/2021

Brooklyn, NY

*S/Roslynn R. Mauskopf*

_____

Roslynn R. Mauskopf, USDJ